IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STELLA M. OJEDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3067 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SCOTTSBLUFF, a political subdivision of the State of Nebraska, SCOTTSBLUFF POLICE DEPARTMENT, CHIEF ALEX MORENO, SGT. PHIL ECKERBERG, SGT. SHAWN McFARLAND, SGT. PHIL MARTINDALE, CAPT. KEVIN SPENCER, sued in their individual and professional capacities, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion for time, filing 14, is granted and plaintiff is given to June 23, 2008 to respond to defendants' motion to strike.

DATED this 22nd day of May, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge