IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STELLA M. OJEDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3067 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SCOTTSBLUFF, a | ) | ORDER |
| political subdivision of the | ) | |
| State of Nebraska, | ) | |
| SCOTTSBLUFF POLICE | ) | |
| DEPARTMENT, CHIEF ALEX | ) | |
| MORENO, SGT. PHIL ECKERBERG, | ) | |
| SGT. SHAWN McFARLAND, SGT. | ) | |
| PHIL MARTINDALE, CAPT. KEVIN | ) | |
| SPENCER, sued in their | ) | |
| individual and professional | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Defendants' Unopposed Motion to Stay Rule 26 Requirements, filing 21, is granted and the Rule 26 planning conference report shall be filed within 30 days of resolution of the defendants' motion to strike (filing 12).

DATED June 24, 2008.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge