```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| STELLA M. OJEDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3067 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SCOTTSBLUFF, a political subdivision of the State of Nebraska, SCOTTSBLUFF POLICE DEPARTMENT, CHIEF ALEX MORENO, SGT. PHIL ECKERBERG, SGT. SHAWN McFARLAND, SGT. PHIL MARTINDALE, CAPT. KEVIN SPENCER, sued in their individual and professional capacities, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

The parties have filed a Withdrawal of Motion to Strike and Stipulation, filing 23.

IT IS ORDERED:

1. The withdrawal and stipulation is granted and Defendant's Motion to Strike, filing 12, is withdrawn.

2. The stipulation is interpreted as a motion to amend plaintiff's complaint and plaintiff is given ten (10) days to file an amended complaint.

DATED July 30, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge