```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| STELLA M. OJEDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3067 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SCOTTSBLUFF, a political subdivision of the State of Nebraska, SCOTTSBLUFF POLICE DEPARTMENT, CHIEF ALEX MORENO, SGT. PHIL ECKERBERG, SGT. SHAWN McFARLAND, SGT. PHIL MARTINDALE, CAPT. KEVIN SPENCER, sued in their individual and professional capacities, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Defendants' Unopposed Motion to Stay Rule 26 Requirements, filing 30, is granted and the parties' Rule 26 planning conference report shall be filed within 30 days of resolution of the defendants' motion to dismiss.

2. The joint motion of the parties, filing 31, to withdraw Defendants' Motion to Strike is granted and the motion to strike, filing 28, is withdrawn.

DATED September 8, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge