IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STELLA M. OJEDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3067 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SCOTTSBLUFF, a political subdivision of the State of Nebraska, SCOTTSBLUFF POLICE DEPARTMENT, CHIEF ALEX MORENO, SGT. PHIL ECKERBERG, SGT. SHAWN McFARLAND, SGT. PHIL MARTINDALE, CAPT. KEVIN SPENCER, sued in their individual and professional capacities, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The parties' Joint Motion for Withdrawal of Defendants' Motion to Strike and for Leave to Amend First Amended Complaint Instanter, filing 33, is granted, and

1. Defendants' motion to dismiss, filing 26, is withdrawn.

2. Plaintiff's First Amended Complaint, filing 25, is deemed amended instanter to strike the Fifth, Sixth, and Seventh Causes of Action.

DATED September 16, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge