IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STELLA M. OJEDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3067 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SCOTTSBLUFF, a political subdivision of the State of Nebraska, CHIEF ALEX MORENO, SGT. PHIL ECKERBERG, SGT. SHAWN McFARLAND, SGT. PHIL MARTINDALE, CAPT. KEVIN SPENCER, sued in their individual and professional capacities, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. The motion of Daniel R. Carnahan to withdraw as counsel for defendants, filing 35, is granted.

2. The clerk's office is directed to update its records to reflect Mr. Carnahan's new address as requested in the motion.

DATED September 29, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge