```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| STELLA M. OJEDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3067 |
| | ) | |
| V. | ) | |
| | ) | |
| CITY OF SCOTTSBLUFF, et. al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The defendants have filed a motion to stay the discovery proceedings in this case pending the ruling on their motion for summary judgment based on qualified immunity. Filing No. 49. The plaintiff does not oppose defendants' motion to stay. Defendants' motion should be granted.

IT THEREFORE HEREBY IS ORDERED:

1. The defendants' motion to stay, (filing no. 49), is granted. Discovery in this case is stayed pending a ruling on defendants' motion for summary judgment on the issue of qualified immunity.

2. Defendants' counsel shall contact the court and opposing counsel to schedule a planning conference with the court within ten (10) days after a ruling is filed on their pending summary judgment motion.

DATED this 5th day of January, 2009.

BY THE COURT:

S/ *David L. Piester*
David L. Piester
United States Magistrate Judge