IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STELLA M. OJEDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3067 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTTSBLUFF, CITY OF, a political subdivision of the State of Nebraska, ALEX MORENO, Chief, sued in their individual and professional capacities, PHIL ECKERBERG, Sgt., sued in their individual and professional capacities, SHAWN MCFARLAND, Sgt., sued in their individual and professional capacities, PHIL MARTINDALE, Sgt., sued in their individual and official capacities, and KEVIN SPENCER, Capt., sued in their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

Plaintiff has filed a motion (filing 52) requesting additional time in which to respond to Defendants' motion for summary judgment (filing 46). I shall grant the motion.

IT IS ORDERED:

1. Plaintiff's motion (filing 52) requesting additional time in which to respond to Defendants' motion for summary judgment (filing 46) is granted;

2. Plaintiff shall file her responsive brief and any evidentiary materials on or before February 20, 2009;

3. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to change the "response due" date accordingly.

January 15, 2009.

BY THE COURT:<br>
s/*Richard G. Kopf*<br>
United States District Judge