IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STELLA M. OJEDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3067 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SCOTTSBLUFF, CITY OF, a political subdivision of the State of Nebraska, ALEX MORENO, PHIL ECKERBERG, SHAWN MCFARLAND, PHIL MARTINDALE, and KEVIN SPENCER, Capt., sued in their individual and official capacities, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

   IT IS ORDERED that plaintiff's response to the defendant's objections to plaintiff's notices to subpoena non-party witnesses, (filing no. 82), shall be filed on or before August 20, 2009.

   DATED this 17th day of August, 2009.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge