IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STELLA M. OJEDA, | ) | |
| | ) | 4:08CV3067 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF SCOTTSBLUFF, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's unopposed motion to continue, (filing no. 101), is granted, and the deadline for filing motions for summary judgment is extended to November 2, 2009.

   DATED this 28nd day of September, 2009.

                                BY THE COURT:

                                *Richard G. Kopf*
                                United States District Judge