IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STELLA M. OJEDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3067 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTTSBLUFF, CITY OF, a political subdivision of the State of Nebraska, ALEX MORENO, Chief, sued in their individual and professional capacities, PHIL ECKERBERG, Sgt., sued in their individual and professional capacities, SHAWN MCFARLAND, Sgt., sued in their individual and professional capacities, PHIL MARTINDALE, Sgt., sued in their individual and official capacities, and KEVIN SPENCER, Capt., sued in their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

Pursuant to the parties' stipulation for dismissal with prejudice (filing 103) and Fed. R. Civ. P. 41, this action is dismissed against all defendants with prejudice, each party to pay his, her or its own attorneys' fees and costs.

October 23, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge